[Oral Argument on Emergency Motion to Stay held October 20, 2017]

**No. 17-5236**
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

ROCHELLE GARZA, as guardian ad litem to unaccompanied minor J.D.,

Plaintiff-Appellee,

v.

ERIC HARGAN, Acting Secretary of Health and Human Services, *et al.*,

Defendants-Appellants.
_____

**SUPPLEMENT TO EMERGENCY PETITION
FOR REHEARING EN BANC**

Appellee Garza respectfully files this Supplement to call the Court's attention to the fact that the temporary restraining order issued by the district court on October 18 provided, in relevant part, that the Defendants were

> 1. Required to transport J.D.—or allow J.D. to be transported by either her guardian or attorney ad litem—promptly and without delay to the abortion provider closest to J.D.'s shelter in order to obtain the counseling required by state law on October 19, 2017, and to obtain the abortion procedure on October 20, 2017 and/or October 21, 2017, as dictated by the abortion providers' availability and any medical requirements.

ECF 20, at 2. Because those specific dates have passed, any future relief for J.D. will require a modification of the temporary restraining order, either by this Court,

or by the district court. Should this Court undertake to modify the order, appellee very respectfully suggests that the order might be revised to provide that the Defendants are:

> 1. Required to transport J.D.—or allow J.D. to be transported by either her guardian or attorney ad litem—promptly and without delay, on such dates and to such Texas abortion provider as shall be specified by J.D.'s guardian ad litem or attorney ad litem, in order to obtain the counseling required by state law and to obtain the abortion procedure, in accordance with the abortion provider's availability and any medical requirements.

Date: October 23, 2017

Respectfully submitted,

*/s/ Arthur B. Spitzer*
Arthur B. Spitzer
Scott Michelman
American Civil Liberties Union Foundation
of the District of Columbia
4301 Connecticut Avenue NW, Suite 434
Washington, D.C. 20008
Tel. 202-457-0800
Fax 202-457-0805
*aspitzer@acludc.org*
*smichelman@acludc.org*

Brigitte Amiri
Meagan Burrows
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2633
Fax (212) 549-2652
*bamiri@aclu.org*
*mburrows@aclu.org*

Daniel Mach
American Civil Liberties Union
Foundation
915 15th Street NW
Washington, DC 20005
Telephone: (202) 675-2330
*dmach@aclu.org*

Jennifer L. Chou
Mishan R. Wroe
American Civil Liberties Union Foundation
of Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Tel. (415) 621-2493
Fax (415) 255-8437
*jchou@aclunc.org*
*mwroe@aclunc.org*

Melissa Goodman
American Civil Liberties Union Foundation
of Southern California
1313 West 8th Street
Los Angeles, California 90017
Tel. (213) 977-9500
Fax (213) 977-5299
*mgoodman@aclusocal.org*

*Attorneys for Plaintiff-Appellee*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Supplement complies with the type-volume limitation of Fed. R. App. P. 35 because it has been prepared in proportionally spaced typeface using Microsoft Word in 14 point Times New Roman font and it contains 234 words on 3 pages.

/s/ *Arthur B. Spitzer*
Arthur B. Spitzer

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2017, I served the foregoing Supplement to the Emergency Petition for Rehearing En Banc upon counsel for the appellants via this Court's CM/ECF system, and also by e-mail addressed to Benjamin Schultz and Catherine Dorsey at Benjamin.Shultz@usdoj.gov and Catherine.Dorsey@uddoj.gov, respectively.

/s/ *Arthur B. Spitzer*
Arthur B. Spitzer