UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

R<span/>OCHELLE G<span/>ARZA, as guardian ad litem to
unaccompanied minor J.D., etc.,

        *Plaintiff-Appellee*,        No. 17-5236

        v.        **Amended Notice of Intention**

E<span/>RIC D. H<span/>ARGAN, Acting Secretary,
Health and Human Services; et al.,

        *Defendants-Appellants.*

TO THE CLERK OF THE COURT:

    The States of New York, California, Connecticut, Delaware, Hawaiʻi, Illinois, Iowa, Maine, Massachusetts, Oregon, Pennsylvania, Vermont, and Washington, and the District Of Columbia hereby serve notice of their intention to appear pursuant to Federal Rule of Appellate Procedure 29(a) as amici curiae in support of plaintiff-appellee.

Dated:  New York, NY
          October 24, 2017

| | |
|---|---|
| E<span/>RIC T. S<span/>CHNEIDERMAN<br>  *Attorney General*<br>  *State of New York*<br>120 Broadway, 25th Floor<br>New York, NY  10271<br>212-416-6279<br>barbara.underwood@ag.ny.gov | J<span/>OSH S<span/>HAPIRO<br>  *Attorney General*<br>  *Commonwealth of Pennsylvania*<br>16th Fl., Strawberry Sq.<br>Harrisburg, PA 17120 |
| G<span/>EORGE J<span/>EPSON<br>  *Attorney General*<br>  *State of Connecticut*<br>55 Elm Street<br>Hartford, CT 06106 | M<span/>AURA H<span/>EALEY<br>  *Attorney General*<br>  *Commonwealth of Massachusetts*<br>One Ashburton Place<br>Boston, MA 02108 |

ELLEN F. ROSENBLUM
  *Attorney General*
  *State of Oregon*
1162 Court St. N.E.
Salem, OR 97301

XAVIER BECERRA
  *Attorney General*
  *State of California*
1300 I St.
Sacramento, CA 95814

DOUGLAS S. CHIN
  *Attorney General*
  *State of Hawai'i*
425 Queen St.
Honolulu, HI 96813

THOMAS J. MILLER
  *Attorney General*
  *State of Iowa*
1305 E. Walnut St.
Des Moines, IA 50319

THOMAS J. DONOVAN, JR.
  *Attorney General*
  *State of Vermont*
109 State St.
Montpelier, VT 05609

KARL A. RACINE
  *Attorney General*
  *District of Columbia*
One Judiciary Sq.
441 4th St., N.W.
Washington, DC 20001

MATTHEW P. DENN
  *Attorney General*
  *State of Delaware*
Carvel State Bldg, 6th Fl.
820 North French St.
Wilmington, DE 19801

LISA MADIGAN
  *Attorney General*
  *State of Illinois*
100 W. Randolph St., 12th Fl.
Chicago, IL 60601

BOB FERGUSON
  *Attorney General*
  *State of Washington*
800 Fifth Ave., Ste. 2000
Seattle, WA 98104

JANET T. MILLS
  *Attorney General*
  *State of Maine*
State House Station #04333
Augusta, ME

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the accompanying Amended Notice of Intention by using the CM/ECF system on October 24, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:   October 24, 2017
         New York, NY

                                              /s/ Barbara D. Underwood